In the Interest of C.D.B.S, Plaintiff,

Juvenile Officer, Respondent,

v.

W.S. (Father), T.S. and D.S.
(Grandparents),
Appellants,

M.S. (Mother), Defendants.

No. WD 58965.

Missouri Court of Appeals,
Western District.

April 12, 2001.

Kristie J. Swaim, Kirksville, MO, for Appellant.

Rickey R. Roberts, Kahoka, MO, for Respondent.

Before SMART, P.J., SPINDEN, C.J., and BRECKENRIDGE, J.

### *ORDER*

PER CURIAM:

Appellants W.S., T.S. and D.S., the natural father and paternal grandparents of the juvenile C.D.B.S., appeal the judgment of the trial court allowing continued physical placement of the juvenile with a pre-adoptive foster family, and allowing only two hours per month of supervised visitation to the appellants.

The judgment is affirmed. Rule 84.16(b).